UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-8295-JMH

**In re Sealed Complaint**
______________________________/

ORDER TO SEAL

Upon the Application of the United States to seal its Complaint, supporting Affidavit, and Arrest Warrant and good cause having been shown, it is hereby

ORDERED and ADJUDGED that

The Complaint, supporting Affidavit, and Arrest Warrant in this matter shall be SEALED until further Order of this Court. The United States may obtain copies of any sealed documents as necessary to lawfully execute the warrant.

DONE AND ORDERED in chambers this 28 day of July, 2014, at West Palm Beach, Florida.

James M. Hopkins
JAMES M. HOPKINS
UNITED STATES MAGISTRATE JUDGE

cc: AUSA Marc Osborne