FILED by [signature] D.C.
JUL 31 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

**UNITED STATES DISTRICT COURT**
*Southern District of Florida*

UNITED STATES OF AMERICA Plaintiff ) Case Number: CR 14-8295 JMH

-VS-

Anthony Carbone
Defendant

) REPORT COMMENCING CRIMINAL ACTION

06559-104
USMS NUMBER

*****************************************************************

TO: Clerk's Office *MIAMI* *FT. LAUDERDALE* *W. PALM BEACH* (circled)
U.S. District Court *FT. PIERCE*
(circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

*****************************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 7/29/14 1:15 am/pm (pm circled)

(2) Language Spoken: English

(3) Offense(s) Charged: 21 USC 846

(4) U.S. Citizen [X] Yes [ ] No [ ] Unknown

(5) Date of Birth: ___ /82

(6) Type of Charging Document: (check one)
[ ] Indictment [X] Complaint to be filed/already filed
Case# 14-8295-JMH

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: SDFL

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ✓ ]YES [ ]NO

Amount of Bond: $ ______
Who set Bond: ______

(7) Remarks: ______

(8) Date: 7/29/14 (9) Arresting Officer: Max Trimm

(10) Agency: FDA/OCI (11) Phone: 954-410-7146

(12) Comments: ______