# COURT MINUTES

## Magistrate Judge James M. Hopkins

**Paul G. Rogers Courthouse**                     Date: 08/08/2014   Time: 9:30AM

Defendant: ANTHONY CARBONE (J)     J#: 06559-104   Case #: 14-8295-JMH

AUSA: MARC OSBORNE ✓     Attorney: JEFFREY WEINER (TEMP) *Phil Horowitz*

Violation: 21:846, 841(a)(1) & (b)(1)(B) & 18:371 & 2320(a)

Proceeding: Bond Hearing     CJA Appt: _____

Bond/PTD Held: ◉ Yes   ○ No     Recommended Bond: PTD (REQUESTED BY GOVT)

Bond Set at: $250,000 PSB secured by property owned by Maria and Michael Fastaia located in Hampton Bay, NY (JMH)     Co-signed by: Nicole Edwards (girlfriend)

☑ Surrender and/or do not obtain passports/travel docs

☑ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person

☑ Random urine testing by Pretrial Services _____ Treatment as deemed necessary

☐ Refrain from excessive use of alcohol

☐ Participate in mental health assessment & treatment

☑ Maintain or seek full-time employment/education

☑ No contact with victims/witnesses

☑ No firearms

☑ Not to encumber property

☐ May not visit transportation establishments

☑ Home Confinement/Electronic Monitoring and/or ✓ Curfew **8** pm to **6** am, paid by _____

☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment

☑ Travel restricted to: **(KEY WEST TO VERO BEACH)**

☑ Other: Must get a landline in the home

Language: ENGLISH

Disposition:

Defendant present with counsel

The Parties have reached an agreed upon bond

The Court set's bond at $250,000 PSB cosigned by the defendant's girlfriend Nicole Edwards and secured by property owned by Maria and Michael Fastaia located in Hampton Bay, NY

Defense counsel must advise the Fastaia's as to the conditions of the signing the bond

Michael and Maria Fastaia have until COB Tuesday to sign the bond papers

Defendant's first test not to count

FILED by _____ D.C.

AUG - 8 2014

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

| NEXT COURT APPEARANCE | Date: | Time: | Judge: | Place: |
|---|---|---|---|---|
| Report RE Counsel: | 8/20/14 | 10AM | DUTY | WPB |
| **NEBBIA** Hearing: | 8/20/14 | 10AM | DUTY | WPB |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 9:36:24     Time in Court: 20 MINS