UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-08295-HOPKINS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONY CARBONE,

    Defendant.
_____/

## NOTICE OF APPEARANCE

**COMES NOW,** Jeffrey S. Weiner, Esquire of the Law Offices of Jeffrey S. Weiner, P.A., Attorneys at Law, Two Datran Center, Suite 1910, 9130 South Dadeland Boulevard, Miami, Florida 33156-7858 and hereby file this notice of appearance for the Defendant, ANTHONY CARBONE, in the District Court. In the event of an appeal to a higher court by either party, this appearance is not intended to operate as an appearance in the appellate court.

**IT IS HEREBY** requested that the Clerk of this Court hereafter forward to the undersigned copies of all pleadings filed in the above-captioned matter.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by

using the CM/ECF system which will send a notice of electronic filing to all counsel of record this 14th day of August, 2014.

                Respectfully submitted,

                JEFFREY S. WEINER, P.A.
                  ATTORNEYS AT LAW
                Two Datran Center, Suite 1910
                9130 South Dadeland Blvd.
                Miami, Florida 33156-7858
                305 670-9919
                305 670-9299 Fax
                lawfirm@jeffweiner.com

By:   */s/Jeffrey S. Weiner*
       JEFFREY S. WEINER, ESQUIRE
       Florida Bar No. 185214